ntcdispoexh

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

RECEIVED AND FILED
Nov 20 8:30 AM '09
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:

REGINA L. GRAY-BROTHERS,

BK-S 09-15148 BAM

CHAPTER: 13

DATE: November 18, 2009
TIME: 9:30 AM

Debtor(s)

## NOTICE & ORDER AUTHORIZING DESTRUCTION OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case regarding Evidentiary hearing re: __Motion for Sanctions__ are not withdrawn twenty (20) days after the time for appeal has expired, the Clerk, upon closing of the case, shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

FOR THE COURT
MARY SCHOTT, CLERK

Delivered on: November 18, 2009
By Harriette Whitehouse

_____
Bankruptcy Deputy Clerk

By: ___hw_____
Deputy Clerk

Exhibit Log # ___09-039___

odestexh 11/05